## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Jianqing Klyzek

                         Plaintiff,

v.                                             Case No.: 1:14–cv–03547
                                                             Honorable Matthew F. Kennelly

The City of Chicago, Illinois, et al.

                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, July 21, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motions for extension of time are granted. The Court will set a due date for responses to the complaint following the settlement conference set for 8/8/2014. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.