**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jianqing Klyzek

                              Plaintiff,

v.                                                    Case No.: 1:14–cv–03547
                                                         Honorable Matthew F. Kennelly

The City of Chicago, Illinois, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 29, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held with attorneys for both sides. Based on counsels' report of a settlement subject to City Council approval, the settlement conference set for 9/5/2014 is vacated. A status hearing is set for 9/25/2014 at 9:30 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.