IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JIANQING KLYZEK, | ) |
| Plaintiff, | ) |
| vs. | ) 14 CV 3547 |
| The CITY OF CHICAGO, Illinois, a municipal corporation, and Chicago Police Officers FRANK MESSINA #12435, GERALD DI PASQUALE #14224, SANDRA STOPPA #11939, DANIEL SAKO #17637, MICHAEL IGLESIAS #19945, SERGIO FLORES #11404, D. PUHAR #15807, T. JACKSON #7587, EUGENE SLEDGE #7704, and KENNETH CORCORAN #8333, | ) Judge Matthew F. Kennelly |
| Defendants. | ) |

**STIPULATION TO DISMISS WITH LEAVE TO REINSTATE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council rejects the settlement agreement, and with each party bearing its own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order to Dismiss with Leave to Reinstate.

_____
Torreya L. Hamilton
Attorney for plaintiff, Jianqing Klyzek
Hamilton Law Office, LLC
53 West Jackson Blvd., Suite 452
Chicago, Illinois 60604
(312) 726-3173
Attorney No. 6229397
FEIN: _____
DATE: 8/25/2014

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for defendant City of Chicago

_____
Marion C. Moore
Assistant Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-1056
Attorney No. 6302566
DATE: 8/28/14

_____
Caroline J. Fronczak
Assistant Corporation Counsel
Attorney for defendants,
Frank Messina and Gerald Di Pasquale
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817
DATE: 8/28/14

_____
Victoria R. Benson
Assistant Corporation Counsel
Attorney for defendants,
Sandra Stoppa, Daniel Sako, Michael Iglesias,
Sergio Flores, Dusan Puhar, Tyrone Jackson,
Eugene Sledge and Kenneth Corcoran
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-1842
Attorney No. 6282508
DATE: 8/28/14

2