**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jianqing Klyzek

                              Plaintiff,

v.                                                                Case No.: 1:14–cv–03547
                                                                       Honorable Matthew F. Kennelly

The City of Chicago, Illinois, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: The case is dismissed without costs or attorney's fees pursuant to the terms of the parties' stipulation, with leave to reinstate solely if the Chicago City Council fails to approve the proposed settlement. The status hearing set for 9/25/2014 is vacated. Civil case terminated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.